# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN GOUTHRO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-cv-00286-GMN-BNW |
| vs. | ) | |
| | ) | **ORDER** |
| TESLA MOTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant Tesla Motors, Inc.'s ("Tesla's") Motion to Compel Arbitration, (ECF Nos. 6, 7). Tesla contends that Plaintiff Sean Gouthro ("Plaintiff") executed a binding arbitration agreement while employed with Tesla—which purportedly encompasses Plaintiff's first, second, and fourth claims for breach of contract, breach of the covenant of good faith and fair dealing, and tortious discharge against public policy. (Compl. ¶¶ 33–47, 56–61, ECF No. 1). On March 30, 2020, Plaintiff filed a Notice of Non-Opposition to Tesla's Motion to Compel Arbitration, (ECF No. 9). Pursuant to this District's Local Rule 7-2(d), Plaintiff's non-opposition constitutes consent to granting Tesla's Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Tesla's Motion to Compel Arbitration, (ECF Nos. 6, 7), is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending resolution of the claims which must be arbitrated. Upon conclusion of arbitration, the parties shall jointly file a notice with the Court addressing the need for additional proceedings.

**DATED** this __31__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court