1  CLARK HILL PLLC
   CRANE M. POMERANTZ
2  Nevada Bar No. 14103
   Email: cpomerantz@clarkhill.com
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorneys for Defendant Tesla Motors, Inc.*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  SEAN GOUTHRO,                                  Case No. 2-20-cv-00286-GMN-BNW

9              Plaintiff,
   vs.                                            **STIPULATION OF DISMISSAL WITH
10                                                 PREJUDICE**

11 TESLA MOTORS, INC.; DOES 1 THROUGH 50,

12             Defendants.

13

14         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SEAN GOUTHRO ("Plaintiff") and

15 Defendant TESLA MOTORS, INC. ("Tesla") hereby stipulate that this action and all claims

16 //

17 //

18 //

19 //

20

21 //

22 //

23 //

24 //

25

26 //

27 //

28 //

asserted therein be dismissed with prejudice.  By agreement, the parties are to bear their own fees and costs and waive all rights of appeal.

DATED: February 25, 2022

| SEAN GOUTHRO | CLARK HILL PLLC |
|---|---|
| By: */s/ Sean Gouthro* <br>    SEAN GOUTHRO <br>    105 Moccasin Court <br>    Summerville, SC 29483 <br>    gouthd5bnw@gmail.com <br>    *Plaintiff* | By: */s/ Crane Pomerantz* <br> Crane M. Pomerantz, Esq. <br> Nevada Bar No. 14103 <br> 3800 Howard Hughes Parkway <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant Tesla Motors, Inc.* |

SEYFARTH SHAW LLP

By: */s/ Christopher F. Robertson*
Christopher F. Robertson
Email: crobertson@seyfarth.com
SEYFARTH SHAW LLP
Seaport East Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
*Attorneys for Defendant Tesla Motors, Inc.*

## **ORDER**

Good cause appearing, it is ordered, pursuant to the parties' Stipulation of Dismissal with Prejudice, this matter is dismissed with prejudice and the parties will bear their own fees and costs and waive all rights of appeal.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: _____

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2022, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice as listed below.

SEAN GOUTHRO
105 Moccasin Court
Summerville, SC 29483
gouthd5bnw@gmail.com
*Plaintiff*


Christopher F. Robertson
Email: crobertson@seyfarth.com
SEYFARTH SHAW LLP
Seaport East Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
*Attorneys for Defendant Tesla Motors, Inc.*

　　　　　　　　　　　　　　　　　　　*s/ Angela D. Mastin*
　　　　　　　　　　　　　　　　　　　An Employee of Clark Hill PLLC