CLARK HILL PLLC
CRANE M. POMERANTZ
Nevada Bar No. 14103
Email: cpomerantz@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorneys for Defendant Tesla Motors, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN GOUTHRO,<br><br>           Plaintiff,<br>vs.<br><br>TESLA MOTORS, INC.; DOES 1 THROUGH 50,<br><br>           Defendants. | Case No. 2-20-cv-00286-GMN-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SEAN GOUTHRO ("Plaintiff") and Defendant TESLA MOTORS, INC. ("Tesla") hereby stipulate that this action and all claims

//

//

//

//

//

//

//

//

//

//

1

asserted therein be dismissed with prejudice. By agreement, the parties are to bear their own fees and costs and waive all rights of appeal.

DATED: February 25, 2022

| SEAN GOUTHRO | CLARK HILL PLLC |
|---|---|
| By: */s/ Sean Gouthro* <br> SEAN GOUTHRO <br> 105 Moccasin Court <br> Summerville, SC 29483 <br> gouthd5bnw@gmail.com <br> *Plaintiff* | By: */s/ Crane Pomerantz* <br> Crane M. Pomerantz, Esq. <br> Nevada Bar No. 14103 <br> 3800 Howard Hughes Parkway <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant Tesla Motors, Inc.* |

SEYFARTH SHAW LLP

By: */s/ Christopher F. Robertson*
Christopher F. Robertson
Email: crobertson@seyfarth.com
SEYFARTH SHAW LLP
Seaport East Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
*Attorneys for Defendant Tesla Motors, Inc.*

## ORDER

Good cause appearing, it is ordered, pursuant to the parties' Stipulation of Dismissal with Prejudice, this matter is dismissed with prejudice and the parties will bear their own fees and costs and waive all rights of appeal.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2022, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice as listed below.

SEAN GOUTHRO
105 Moccasin Court
Summerville, SC 29483
gouthd5bnw@gmail.com
*Plaintiff*

Christopher F. Robertson
Email: crobertson@seyfarth.com
SEYFARTH SHAW LLP
Seaport East Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
*Attorneys for Defendant Tesla Motors, Inc.*

                                          *s/ Angela D. Mastin*
                                          An Employee of Clark Hill PLLC